O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE LUCERO,<br><br>                Petitioner,<br><br>   vs.<br><br>A. HEDGPETH, WARDEN,<br><br>                Respondent. | CASE NO. ED CV 07-01099 PA (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 19, 2008

                                            PERCY ANDERSON
                               UNITED STATES DISTRICT JUDGE