**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE LUCERO,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>A. HEDGPETH, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. ED CV 07-01099 PA (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of JASON LEE LUCERO for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 19, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE